# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1159**
**CAF 10-01613**
PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, SCONIERS, AND GREEN, JJ.

IN THE MATTER OF TRACY WARD,
PETITIONER-APPELLANT,

V                                                    MEMORANDUM AND ORDER

JON WARD, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

LOVALLO & WILLIAMS, BUFFALO (TIMOTHY R. LOVALLO OF COUNSEL), FOR
PETITIONER-APPELLANT.

NANCY J. BIZUB, ATTORNEY FOR THE CHILD, BUFFALO, FOR SAMANTHA W.

Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, A.J.), entered July 21, 2010 in a proceeding pursuant to Family Court Act article 6. The order denied petitioner's motion to reopen and reschedule a "mediated conference."

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Matter of Ward v Ward* ([appeal No. 1] ___ AD3d ___ [Nov. 18, 2011]).

Entered:  November 18, 2011                    Patricia L. Morgan
                                               Clerk of the Court